# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00276-CR

**Tiwanda Monique Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY,
### NO. 61978, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Tiwanda Monique Johnson was charged with the offense of burglary with the intent to commit aggravated assault. *See* Tex. Penal Code § 30.02. Johnson pleaded guilty, and the trial court placed her on deferred adjudication community supervision for ten years. The State later moved to revoke Johnson's community supervision and to adjudicate her guilt based on alleged violations of the terms of her community supervision. After Johnson pleaded true to the allegations in the State's motion to adjudicate, the trial court adjudicated her guilty of the offense and assessed punishment at five years' confinement in the Institutional Division of the Texas Department of Criminal Justice.

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967);

*Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 86-87 (1988).

Appellant's counsel has represented to the Court that he has provided copies of the motion and brief to appellant; advised appellant of her right to examine the appellate record and file a pro se response; and provided appellant with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-21 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766, Appellant requested access to the appellate record, and pursuant to this Court's order, the clerk of the trial court provided written verification to this Court that the record was provided to appellant. *See Kelly*, 436 S.W.3d at 321. Appellant's deadline to file her pro se response has passed, and she has not filed a pro se response or requested an extension of time to file a response.

We have conducted an independent review of the record, including appellate counsel's briefs, and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review and the appeal is frivolous.

Counsel's motion to withdraw is granted. The trial court's judgment adjudicating guilt is affirmed.

_____
Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Affirmed

Filed: January 31, 2020

Do Not Publish